AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

THOMAS McGUIRE,

     Petitioner,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:05-cv-00636-LRH-RAM**

STATE OF NEVADA, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED**.

  February 26, 2008                                  **LANCE S. WILSON**
                                                                             Clerk

                                                                              /s/ Kalani Lizares
                                                                                 Deputy Clerk